# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 95-21006

THE ESTATE OF FRANK B. WATERS;
ROGER E. CANTER,

Plaintiffs-Appellants,

versus

OXY USA, INC.,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas

(93-CV-2397)

July 12, 1996

Before POLITZ, Chief Judge, JOLLY and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Plaintiffs-appellants appeal an adverse summary judgment, contending that the "discovery rule" extended the time for accrual of limitations. Considering the briefs and oral arguments of counsel and the pertinent parts of the record, and finding no reversible error, the judgment appealed is AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.